UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANNY PASTREICH, et al.,

                Plaintiffs,

-against-

INTER-CON SECURITY SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------X

24 Civ. 4223 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on December 4, 2024. As discussed at the conference, it is hereby

**ORDERED** that by December 12, 2024, the parties shall confer and file a joint letter proposing a schedule of next steps in the litigation, including a proposed briefing schedule for motions for summary judgment.

Dated: December 4, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE